**MANDATE**

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

FILED
DEC 11  3 42 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

PHCT
02-cv-488-
Dorsey

---------------------------------------x
JIM CAMPBELL, ET AL.                 :      No. 02-7819 (L)
                                     :      02-7909 (XAP)
        V.                           :
                                     :
SUSAN BYSIEWICZ                      :      NOVEMBER 24, 2003
---------------------------------------x

FILED
DEC 5 2003
UNITED STATES COURT OF APPEALS SECOND CIRCUIT

STIPULATION TO DISMISS APPEAL

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs-appellees Jim Campbell, et al. and defendant-appellant Susan Bysiewicz, pursuant to Rule 42(b), Fed. R. App. P., that the instant appeal taken by defendant-appellant from the decision of the district court entered on July 23, 2002, by a notice of appeal filed on or about July 25, 2002, and the cross-appeal filed by the plaintiffs-appellees Jim Campbell, et al., should be dismissed without costs in favor of either party as against the other.

                                    THE PLAINTIFFS
                                    JIM CAMPBELL, ET AL.

                                By _____
                                    William M. Bloss
                                    JACOBS, GRUDBERG, BELT & DOW, P.C.
                                    350 Orange St.
                                    P.O. Box 606
                                    New Haven, CT 06503-0606
                                    Phone: (203) 772-3100

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
     DEPUTY CLERK

CERTIFIED: 12/5/03

DEFENDANT-APPELLANT
SUSAN BYSIEWICZ

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Gregory T. D'Auria
Associate Attorney General

Eliot D. Prescott
Assistant Attorney General

BY: *Jane R. Rosenberg*
Jane R. Rosenberg
Assistant Attorney General
Federal Bar No. ct16092
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
jane.rosenberg@po.state.ct.us


FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By *Lisa J. Greenberg*
Lisa J. Greenberg, Staff Counsel

NHCT
02-cv-488
Dorsey

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

-----------------------------------------------x
JIM CAMPBELL, ET AL.            :     No. 02-7819 (L)
                                :     02-7909 (XAP)
        V.                      :
                                :
SUSAN BYSIEWICZ                 :     NOVEMBER 24, 2003
-----------------------------------------------x

UNITED STATES COURT OF APPEALS
FILED
DEC 5 2003
SECOND CIRCUIT

## STIPULATION TO DISMISS APPEAL

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs-appellees Jim Campbell, et al. and defendant-appellant Susan Bysiewicz, pursuant to Rule 42(b), Fed. R. App. P., that the instant appeal taken by defendant-appellant from the decision of the district court entered on July 23, 2002, by a notice of appeal filed on or about July 25, 2002, and the cross-appeal filed by the plaintiffs-appellees Jim Campbell, et al., should be dismissed without costs in favor of either party as against the other.

THE PLAINTIFFS
JIM CAMPBELL, ET AL.

By_____
William M. Bloss
JACOBS, GRUDBERG, BELT & DOW, P.C.
350 Orange St.
P.O. Box 606
New Haven, CT 06503-0606
Phone: (203) 772-3100

THE MANDATE, CONSISTING OF THE
ITEMS BELOW, HAS BEEN RECEIVED.
( ) OPINION ( ) STATEMENT OF COSTS
(✓) ORDER

RECEIVED BY _____ DATE _____
*RETURN TO AGENCY TEAM

DEFENDANT-APPELLANT
SUSAN BYSIEWICZ

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Gregory T. D'Auria
Associate Attorney General

Eliot D. Prescott
Assistant Attorney General

BY: *Jane R. Rosenberg*
Jane R. Rosenberg
Assistant Attorney General
Federal Bar No. ct16092
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
jane.rosenberg@po.state.ct.us

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By *Lisa J. Greenberg*
Lisa J. Greenberg, Staff Counsel